UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

CIVIL ACTION NO. 7:16-cv-094-HRW

DONNA GAY HITCHCOCK,                                                          PLAINTIFF

VS.      **ORDER GRANTING COMMISSIONER'S MOTION TO DISMISS**

CAROLYN W. COLVIN, Acting Commissioner                DEFENDANT
   of Social Security.

*******

THE COURT, having reviewed the Commissioner's Motion to Dismiss in Part Plaintiff's Complaint, and being fully advised in the premises, HEREBY ORDERS that the motion is GRANTED. Counts One, Two, and Three of Plaintiff's Complaint are dismissed with prejudice and paragraph 8 and Counts One, Two, and Three are stricken from Plaintiff's Complaint. Defendant shall answer the remaining allegations of Plaintiff's Complaint and file a certified administrative transcript within 14 days of this Order.

Dated: 7-25-16



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge